UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOHN STEVENSON, § § *Plaintiff,* § § v. § § STATE FARM LLOYDS AND § LUIS ANTONIO DEL VALLE, § § *Defendants.* § § | Civil Action No.  SA-16-CV-1195-XR |

### AGREED ORDER TO REMAND TO STATE COURT

After considering the parties' Agreed Motion to Remand to State Court (Docket no. 13), the Court hereby GRANTS to the requested relief.

Accordingly, this matter is REMANDED to the 131st Judicial District Court of Bexar County, Texas.

It is so ORDERED.

SIGNED this 31st day of January, 2017.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE